ORIGINAL

FOR THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 16-00207 SOM |
| | ) | |
| Plaintiff, | ) | VERDICT FORM |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIAM CLARK TURNER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 10 2017

at 3 o'clock and W min. P.M.
SUE BEITIA, CLERK

## VERDICT FORM

AS TO COUNT 1: Interference with a Flight Attendant.

As to the offense of Interference with a Flight Attendant as charged in Count 1 of the Indictment, We, the jury, find Defendant WILLIAM CLARK TURNER:

_____ Not Guilty           ✓ Guilty

AS TO COUNT 2: Simple Assault.

As to the offense of Simple Assault of Christina Mulberry as charged in Count 2 of the Indictment, We, the jury, find Defendant WILLIAM CLARK TURNER:

✓ Not Guilty           _____ Guilty

AS TO COUNT 3:  Simple Assault.

As to the offense of Simple Assault of Robin Adams as charged in Count 3 of the Indictment, We, the jury, find Defendant WILLIAM CLARK TURNER:

✓ Not Guilty          _____ Guilty

Please have the jury foreperson sign and date this Verdict Form on the back of this page and indicate to the bailiff that the jury has reached a verdict.

DATED: __10 Feb 2017__, at Honolulu, Hawaii.

SIGNED: ███████████
JURY FOREPERSON