ELLIOT ENOKI #1528
Acting United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
JILL A. OTAKE #10442
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850-6100
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Margaret.Nammar@usdoj.gov
E-Mail: Jill.A.Otake@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 16-00207 SOM |
|---|---|
| Plaintiff, | ) <br> ) UNITED STATES' SENTENCING <br> ) STATEMENT; CERTIFICATE OF |
| vs. | ) SERVICE <br> ) |
| WILLIAM CLARK TURNER, | ) DATE:    June 5, 2017 <br> ) TIME:    1:30 p.m. |
| Defendant. | ) JUDGE:  Hon. Susan Oki Mollway <br> ) |

UNITED STATES' SENTENCING STATEMENT

The United States of America, by and through its attorneys, Margaret C. Nammar and Jill Otake, Assistant U.S. Attorneys, hereby states that it has received

and reviewed the Draft Presentence Investigation Report ("proposed Presentence Report"), filed on April 12, 2017.  The government has no objections, amendments, or modifications to note thereto.

DATED:  April 26, 2017, Honolulu, Hawaii.

    Respectfully submitted,

    ELLIOT ENOKI
    Acting United States Attorney
    District of Hawaii


    By /s/ Margaret C. Nammar
      MARGARET C. NAMMAR
      JILL A. OTAKE
      Assistant U.S. Attorneys

    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

BENJAMIN IGNACIO, ESQ.            benignacio@hawaii.rr.com
Attorney for Defendant
WILLIAM CLARK TURNER

Served by Hand-Delivery:

STEPHANIE MOTT
U.S. Probation Officer
300 Ala Moana Boulevard, Room 2-300
Honolulu, Hawaii 96850

DATED: April 26, 2017, at Honolulu, Hawaii.

/s/ Jodene Isa
Legal Assistant
U.S. Attorney's Office