DAVID J. COHEN, ESQ.
California Bar No. 145748
ALEXANDER P. GUILMARTIN, ESQ.
California Bar No. 30676
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **William Turner**

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM C. TURNER,<br><br>Defendant. | Case No. 1:16-cr-00207-SOM<br><br>**DR. TURNER'S RESPONSE TO COURT'S REQUEST FOR DESCRIPTION OF PROFESSIONAL DIFFICULTIES RESULTING FROM PROBATION** |

In Dr. Turner's motion for early termination of probation (dkt. 103) and subsequent reply (dkt. 109), he referenced the fact that the conditions of his probationary supervision have inconvenienced his work and hindered his ability to pursue career opportunities. This Court requested a more detailed description of the professional difficulties arising from the term of probation that Dr. Turner is currently serving. Dkt. 110. Presently, Dr. Turner provides this response to the Court's inquiry.

Dr. Turner's probationary sentence frustrates his professional development in two primary ways. First, as a purely practical matter, Dr. Turner is an emergency room physician who often works night shifts, forcing him to sleep during the day. When Dr. Turner must report to probation, such reporting takes place during normal daytime hours, and as a result, such reporting inevitably forces Dr. Turner to reject available shifts, request inconvenient alterations to his work

Dr. Turner's Response to Court's Request for Description of Professional Difficulties Resulting from Probation
*U.S. v. Turner;*
Case No. 1:16-cr-00207-SOM

1

schedule, or skip sleep altogether, a practice that is ill-advised for a doctor in a high-stress medical environment.

But Dr. Turner's probation has also stifled his ability to seek career advancement and work at the levels he would normally perform. Dr. Turner is currently employed at the Jamaica Hospital Medical Center in Queens, while Dr. Turner resides in Long Island. Ordinarily, Dr. Turner would seek employment at a hospital closer to his home, as well as additional employment at more than one hospital. It is common for emergency room physicians to operate at more than one hospital, and it is also common for such physicians to be somewhat transitory in the institutions at which they work. But because Dr. Turner is on probation, he must seek the approval of U.S. Probation in order to move or change his normal work schedule. He also has refrained from applying to additional hospitals due to his current probationary term, naturally fearing he will not be able to obtain employment from these institutions when he informs them of his ongoing criminal supervision. Unlike other similarly situated physicians, Dr. Turner is hindered in his ability to work the hours he would customarily work and to seek employment at the hospitals in which he would customarily work.

///

Dr. Turner's Response to Court's Request for Description of Professional Difficulties Resulting from Probation
*U.S. v. Turner;*
Case No. 1:16-cr-00207-SOM

2

Terminating Dr. Turner's probation will not cause any harm to the public or detract in any way from the goals of criminal sentencing. But it will allow Dr. Turner access to his full array of career options and enable him to return to his former levels of employment. Probation does no one any good when it restricts a person's ability to find work and make a living, and it does no emergency room patients any good when it denies them access to doctors who would otherwise be available to assist them. For this reason, as well as all of those put forth in his moving papers, Dr. Turner requests this Court terminate his probation.

Respectfully submitted,

**BAY AREA CRIMINAL LAWYERS, PC**

Dated: January 25, 2019    By: /s/David J. Cohen
                               DAVID J. COHEN, ESQ.

Attorneys for Defendant **William Turner**

Dr. Turner's Response to Court's Request for Description of Professional Difficulties Resulting from Probation
*U.S. v. Turner;*
Case No. 1:16-cr-00207-SOM

3