```
                  IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,      )   CR. NO. 16-00207 SOM
                               )
          Plaintiff,           )   ORDER GRANTING DEFENDANT
                               )   WILLIAM CLARK TURNER'S MOTION
     vs.                       )   FOR EARLY TERMINATION OF
                               )   PROBATION
WILLIAM CLARK TURNER,          )
                               )
          Defendant.           )
                               )
```

**ORDER GRANTING DEFENDANT WILLIAM CLARK
TURNER'S MOTION FOR EARLY TERMINATION OF PROBATION**

Having reviewed the papers filed in support of and in opposition to Defendant's Motion for Early Termination of Probation, this court grants the motion.  The court agrees with the United States Probation Office's recommendation that probation be terminated, finding that there would be little benefit to Defendant or the public in continuing to keep Defendant on probation.  The court has received from Defendant a description of how being on probation affects his employment and professional opportunities, and this court takes that description into account.

The one thing that would ordinarily give this court pause is the positive drug test, but this court agrees with Defendant that the test should not have occurred, given the absence of a drug-testing condition among his probation conditions.

IT IS SO ORDERED.



    /s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. William Clark Turner
Cr. No. 16-00207 SOM
ORDER GRANTING DEFENDANT WILLIAM CLARK TURNER'S MOTION FOR EARLY TERMINATION OF PROBATION